IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00313-CV

 

Clayton Henry,

                                                                      Appellant

 v.

 

Lance A. Fest,

                                                                      Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court # 03-001082-CV361

 



DISSENTING Opinion



 








          Is
a piece of paper that we all know as a “green card” not a return of service
because it is not on a form called “return” or “return of service”?  The issue here is simple.  Can a document be what it is, even if it does
not have that label?

          Under
the facts of this case, I believe the “green card,” having been signed upon its
return by the clerk, and which contains all the requirements of a return, when
affixed to the citation is a return even if it is not labeled as such.




          Thus,
the error complained of is not apparent from the face of the record.  I would affirm the judgment.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Dissenting
opinion delivered and filed April 13, 2005